1 | **WANGER JONES HELSLEY PC**
2 | 265 E. River Park Circle, Suite 310
  | Post Office Box 28340
3 | Fresno, California 93720
  | Telephone: (559) 233-4800
4 | Facsimile: (559) 233-9330
  | Michael S. Helsley # 199103
5 | Scott D. Laird #190122

6 | Attorneys for: Defendants Tylar Property Management Company, Inc., Melvin Joel Wapner and David Evans

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| FAIR HOUSING COUNCIL OF CENTRAL CALIFORNIA, INC.; RENE McCANTS, and TAWANA PICKETT, | Case No. 1:12-CV-00794-AWI-GSA |
|---|---|
| Plaintiffs, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER THEREON** |
| v. | |
| TYLAR PROPERTY MANAGEMENT COMPANY, INC.; MELVIN JOEL WAPNER and DAVID EVANS, | |
| Defendants. | |

Plaintiffs FAIR HOUSING COUNCIL OF CENTRAL CALIFORNIA, INC.; RENE McCANTS, and TAWANA PICKETT hereby STIPULATE and AGREE that the time for Defendants TYLAR PROPERTY MANAGEMENT COMPANY, INC.; MELVIN JOEL WAPNER and DAVID EVANS to respond to Plaintiff's Complaint in this action shall be extended from June 15, 2012, the initial date to respond, to June 29, 2012.

DATED: June 8, 2012                    BRANCART & BRANCART

                                       By___/s/ Christopher Brancart_____
                                         Christopher Brancart,
                                         Attorneys for Plaintiffs Fair Housing Council
                                         of Central California, Inc.; Rene McCants, and
                                         Tawana Pickett

{6481/003/00364656.DOC }                    1
───────────────────────────────────────────────
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER THEREON**

1  DATED: June 8, 2012                              WANGER JONES HELSLEY PC

2

3
                                                By    /s/ Scott D. Laird
4                                                    Michael S. Helsley,
                                                     Scott D. Laird, Attorneys for Defendants
5                                                    Tylar Property Management Company, Inc.,
                                                     Melvin Joel Wapner and David Evans
6

7                                                      **ORDER**

8

9

10

11  IT IS SO ORDERED.

12      Dated:  **June 11, 2012**                              **/s/ Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE
13

{6481/003/00364656.DOC }                    2

---
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER THEREON**