UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF CENTRAL CALIFORNIA, INC.; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>TYLAR PROPERTY MANAGEMENT COMPANY, INC.; et al.,<br><br>Defendants. | Case No. 1:12-cv-00794-AWI-GSA<br><br>**ORDER GRANTING JOINT REQUEST TO FILE DOCUMENTS UNDER SEAL** |

Based on the joint application and stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED pursuant to Local Rule 141 that the following documents are filed under seal:

- Settlement Agreement and General Release, dated June 10, 2012, executed by defendants and plaintiff Rene McCants, consisting of five pages (attached as exhibit 1 to the Request to Seal Documents); and,

- Settlement Agreement and General Release, dated June 8, 2012, executed by defendants and plaintiff Tawana Pickett, consisting of

1    five pages (attached as exhibit 2 to the Request to Seal Documents).
2    Each of these documents shall be sealed in a manner that permits full access to
3    court personnel but denies access to members of the public.  These documents
4    shall remain sealed until ordered unsealed by the Court.
5
6    IT IS SO ORDERED.
7
8    Dated:   August 20, 2012                                         CHIEF UNITED STATES DISTRICT JUDGE