# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF CENTRAL CALIFORNIA, INC.; ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> TYLAR PROPERTY MANAGMENT COMPANY, INC., ET AL., <br><br> Defendants. | 1: 12 - CV - 0794 AWI GSA <br><br> ORDER DIRECTING THE CLERK OF THE COURT TO FILE EXHIBITS UNDER SEAL PURSUANT TO THE COURT'S AUGUST 21, 2012 ORDER SEALING THESE DOCUMENTS |

On August 21, 2012, the parties stipulated and the court ordered that pursuant to Local Rule 141 the following documents would be filed under seal:

- Settlement Agreement and General Release, dated June 10, 2012, executed by defendants and plaintiff Rene McCants, consisting of five pages (attached as exhibit 1 to the Request to Seal Documents); and,

- Settlement Agreement and General Release, dated June 8, 2012, executed by defendants and plaintiff Tawana Pickett, consisting of five pages (attached as exhibit 2 to the Request to Seal Documents).

In light of the Court's Order, the Clerk of the Court filed these documents under seal.

On September 27, 2012, Defendants filed a notice of settlement.   Attached to the notice is the June 8, 2012 Settlement Agreement and General Release that the court had previously ordered sealed.

On October 2, 2012, Defendants filed a motion to enforce the settlement agreement and

dismiss this action. However, attached as exhibits to the declarations in support of Defendants' motion are both the June 8, 2012 Settlement Agreement and General Release and the June 10, 2012 Settlement Agreement and General Release. A review of the docket reveals that none of these exhibits were filed under seal.

In light of the court's August 21, 2012 order and in the interests of justice, the court ORDERS that:

1. The Clerk of the Court SHALL FILE the following documents under seal:

    A. All of Document 21-1, which is attached to the September 27, 2012 notice of settlement;

    B. Pages 5 to 15 of Document 26, which is attached to the Declaration of David Evans;

    C. Pages 4 to 12 of Document 27-1, which is attached to the Declaration of Michael S. Helsley.

2. The parties are reminded of their obligation to file under seal copies of any documents this court has ordered sealed.

IT IS SO ORDERED.

Dated:   October 5, 2012

CHIEF UNITED STATES DISTRICT JUDGE