UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF CENTRAL CALIFORNIA, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>TYLAR PROPERTY MANAGEMENT COMPANY, INC., et al.,<br><br>Defendants. | Case No. 1:12-CV-00794-AWI-GSA<br><br>**ORDER CONTINUING HEARING DATE ON DEFENDANTS' MOTION TO ENFORCE SETTLEMENT AGREEMENT AND DISMISS**<br><br>**Hearing:**<br>Date: November 5, 2012<br>Time: 1:30 p.m.<br>Room: AWI |

Based on the stipulation of the parties and good cause appearing therefor, the hearing on defendants' motion to enforce settlement agreements and dismiss the claims of plaintiffs Tawana Pickett and Rene McCants (Doc. 24, *et seq*.) is continued from November 5, 2012, to November 13, 2012 at 1:30 p.m.

IT IS SO ORDERED.

Dated: October 22, 2012

CHIEF UNITED STATES DISTRICT JUDGE