**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Post Office Box 28340
Fresno, California 93729
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Michael S. Helsley # 199103
Scott D. Laird #190122

Attorneys for:   Defendants, Tylar Property Management Company, Inc., Melvin Joel Wapner and David Evans

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF CENTRAL CALIFORNIA, INC.; RENE McCANTS, and TAWANA PICKETT, <br><br>Plaintiffs, <br><br>v. <br><br>TYLAR PROPERTY MANAGEMENT COMPANY, INC.; MELVIN JOEL WAPNER and DAVID EVANS, <br><br>Defendants. | Case No. 1:12-CV-00794-AWI-GSA <br><br>**ORDER RE PRODUCTION OF DOCUMENTS FOLLOWING MOTION TO COMPEL HEARING** <br><br>Date: October 19, 2012 <br>Time: 9:30 a.m. <br>Courtroom: 10 <br><br>**Magistrate Judge: Gary S. Austin** |

Plaintiff, Fair Housing Council of Central California's ("Plaintiff") Motion to Compel Responses and Production of Documents came before this Court on October 19, 2012, at 9:30 a.m., in Courtroom 10, of the above-entitled Court, the Honorable Gary S. Austin, presiding. Michael S. Helsley, Esq., of Wanger Jones Helsley PC, appeared on behalf of Defendants, Tylar Property Management Company, Inc., Melvin Joel Wapner and David Evans' (collectively "Defendants"). Elizabeth Brancart, Esq. of Brancart & Brancart appeared on behalf of Plaintiffs.

Based on the parties' meet and confer session and good cause appearing therefore:

///

**IT IS HEREBY ORDERED** that by October 24, 2012, Defendants will produce the following documents in response to Plaintiff's Subpoena to Produce Documents, Information or Objects, or to Permit Inspection of Premises in a Civil Action**:**

    1. All timekeeper records reflecting time worked on this case between June 1, 2012 and June 11, 2012;

    2. All attorney notes related to settlement of this case between June 1, 2012 and June 11, 2012; and

    3. Audit Trails for the Settlement Agreements between Defendants and Plaintiffs, Rene McCants and Tawana Pickett.

**IT IS FURTHER ORDERED** that by November 9, 2012, Defendants will produce the following documents in response to Plaintiff's Request for Production, Set One**:**

    1. Request Nos. 1-3: Pursuant to a protective order signed by this Court, Defendants will produce and/or make available for inspection tenant files for Fresno area properties managed by Tylar;

    2. Request Nos. 5-8 and 14: Defendants will produce all responsive documents;

    3. Request Nos. 9 and 11: Defendants will produce former and current employees' contact information, dates of employment and information regarding employment position;

    4. Request No. 10: Defendants will produce Defendant, Dave Evan's employee file;

    5. Request No. 12: Defendants will produce any documents between Defendants and Plaintiffs or between Defendants that concern Plaintiffs.

    6. Request No. 13: Defendants will produce copies of complaints involving discrimination and/or harassment based on sex;

// // //

// // //

7. Request Nos. 15-17: Defendants will produce no documents, as Plaintiff has agreed not to seek to compel any financial documents at this time, but reserves the right to do so in the future; and

8. Request Nos. 18-19: Defendants and Plaintiffs have agreed to supplement their Rule 26 Disclosures regarding any allegation or affirmative defense. Defendants will also produce documents relating to any rebuttal of its claims or defenses.

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:  **October 24, 2012**                    **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE