UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF CENTRAL CALIFORNIA, INC.; RENE MCCANTS; and TAWANA PICKETT,<br><br>Plaintiffs,<br><br>vs.<br><br>TYLAR PROPERTY MANAGEMENT COMPANY, INC.; MELVIN JOEL WAPNER; and DAVID EVANS<br><br>Defendants. | Case No. 1:12-cv-794-AWI-GSA<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST TO SEAL DOCUMENT |

Based on plaintiffs' request to seal document, and good cause appearing therefor, IT IS HEREBY ORDERED pursuant to Local Rule 141 that the following document is sealed:

Attorney billing statement dated June 15, 2012, attached as Exhibit 3 to the Declaration of Christopher Brancart in Support of Opposition to Defendants' Motion to Enforce Settlement Agreements and Dismiss (Doc. 45-3).

This documents shall be sealed in a manner that permits full access to court personnel but denies access to members of the public. The document shall remain sealed until ordered unsealed by the Court.

IT IS SO ORDERED.

Dated:   October 31, 2012

CHIEF UNITED STATES DISTRICT JUDGE