IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF<br>CENTRAL CALIFORNIA, INC., et al.,<br><br>             Plaintiffs,<br><br>       v.<br><br>TYLAR PROPERTY MANAGEMENT<br>COMPANY, INC., et al.,<br><br>             Defendants. | 1:12-cv-00794-AWI-GSA<br><br>ORDER VACATING HEARING<br>DATE OF NOVEMBER 13, 2012<br>AND TAKING MATTER<br>UNDER SUBMISSION<br><br>(Doc. 24) |

Defendants Tylar Property Management Company, Inc., et al., have filed a motion to enforce settlement and dismiss. The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument. *See* Local Rule 230(g). The hearing date of November 13, 2012 is hereby VACATED and the parties shall not appear. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   November 6, 2012

_____
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28