IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF<br>CENTRAL CALIFORNIA, INC., et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>TYLAR PROPERTY MANAGEMENT<br>COMPANY, INC., et al.,<br><br>                Defendants. | 1:12-cv-00794-AWI-GSA<br><br>ORDER RE: MOTION FOR<br>CERTIFICATE OF<br>APPEALABILITY<br><br>(Doc. 58) |

The Court refers the parties to previous orders for a complete chronology of the proceedings. On November 29, 2012, defendants Tylar Property Management Company, Inc., et al. ("Defendants") filed a motion to certify for interlocutory appeal the Court's November 19, 2012 order denying their October 2, 2012 motion to enforce settlement and dismiss. Certification of interlocutory appeals is governed by 28 U.S.C. § 1292, which provides in pertinent part: "When a district judge, in making in a civil action an order not otherwise appealable under this section, shall be of the opinion that such order involves [1] a controlling question of law as to which there is [2] substantial ground for difference of opinion and that an immediate appeal from the order may [3] materially advance the ultimate termination of the litigation, he shall so state in writing in such order." 28 U.S.C. § 1292(b). The moving party has the burden of demonstrating certification is appropriate, *Couch v. Telescope,*

*Inc.,* 611 F.3d 629, 633 (9th Cir. 2010), but even if the requirements are met, the decision to grant certification is within the discretion of the district court. *Bachowski v. Usery,* 545 F.2d 363, 368 (3d Cir. 1976). Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds Defendants have failed to meet their burden to show all three criteria justifying an interlocutory appeal are satisfied here. Accordingly, Defendants' motion for a certificate of appealability is DENIED and the hearing date of January 7, 2013 is hereby VACATED.

IT IS SO ORDERED.

Dated:   November 30, 2012

UNITED STATES DISTRICT JUDGE