UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF CENTRAL CALIFORNIA, INC.; RENE McCANTS; and TAWANA PICKETT;<br><br>                      Plaintiffs,<br><br>  vs.<br><br>TYLAR PROPERTY MANAGEMENT COMPANY, INC.; MELVIN JOEL WAPNER; and DAVID EVANS,<br><br>                      Defendants, | Case No. 1:12-cv-794 AWI GSA<br><br>ORDER DECLINING TO ADOPT THE PARTIES' STIPULATION<br><br>(Doc. 61) |

The parties filed a stipulation on December 17, 2012, agreeing to a modification of this Court's Scheduling Order issued on August 30, 2012. (Doc. 20). Given the procedural posture of this case, the Court is not opposed to modifying the scheduling order. However, the dates the parties propose are problematic because Judge Ishii requires sixty days between the filing of dispositve motions, the pre-trial conference, and the trial date. Because the pre-trial conference is scheduled for May 30, 2013, filing the dispositive motions on April 30, 2013 does not allow enough time for the Court to rule on any pending motions. As such, the parties may enter another stipulation taking the above parameters into consideration for the Court's review. Until a

modified scheduling order is adopted by this Court, the scheduling order issued on August 30, 2012, remains in full force and effect. (Doc. 20).

IT IS SO ORDERED.

Dated: **December 19, 2012**        /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE