BRANCART & BRANCART
  Christopher Brancart (SBN 128475)
  cbrancart@brancart.com
  Elizabeth Brancart (SBN 122092)
  ebrancart@brancart.com
Post Office Box 686
Pescadero, CA 94060
Tel:   (650) 879-0141
Fax:  (650) 879-1103

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF CENTRAL CALIFORNIA, INC.; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> TYLAR PROPERTY MANAGEMENT COMPANY, INC.; et al., <br><br> Defendants. | Case No. 1:12-cv-00794-AWI-GSA <br><br> **ORDER AMENDING SCHEDULING ORDER** |

Based on the joint application and stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the scheduling order in this action (doc. 20) is amended as follows:

| *Task* | *Current Deadline* | *Proposed Deadline* |
|---|---|---|
| Expert Disclosure | December 18, 2012 | February 1, 2013 |
| Supplemental Expert Disclosure | January 22, 2013 | March 1, 2013 |
| Discovery Cutoff (nonexpert) | January 22, 2013 | April 1, 2013 |

| *Task* | *Current Deadline* | *Proposed Deadline* |
|---|---|---|
| Discovery Cutoff (expert) | February 19, 2013 | April 1, 2013 |
| Nondispositive Motion Filing Deadline | February 12, 2013 | April 12, 2013 |
| Dispositive Motion Filing Deadline | March 12, 2013 | March 29, 2013 |

No other dates are changed, including the dates set for the pretrial conference, May 30, 2013, and for trial, July 23, 2013.

## **CERTIFICATE OF SERVICE**

On January 3, 2013, I served by electronically, via the Court's ECF system, a copy of the attached document, **[REVISED PROPOSED] ORDER AMENDING SCHEDULING ORDER** upon the following attorneys:

Mr. Michael S. Helsley
Wanger, Jones, Helsley PC
265 E. River Park Circle, Suite 310
Post Office Box 28340
Fresno, CA 93720

Email: mhelsley@wjhattorneys.com
Fax:    (559) 233-9330

*/s/ Christopher Brancart*

IT IS SO ORDERED.

Dated:   **January 4, 2013**              **/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE