1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF CENTRAL CALIFORNIA, INC., et al., ) ) ) Plaintiffs, ) ) v. ) ) TYLAR PROPERTY MANAGEMENT COMPANY, INC., et al., ) ) ) Defendants. ) ) | 1:12-cv-00794-AWI-GSA  ORDER CONTINUING PRETRIAL CONFERENCE  (Doc. 93) |

The parties have filed a joint stipulation and request to continue the pretrial conference, currently set for Thursday, August 1, 2013.  In light of the parties' stipulation, and for good cause shown, the Court hereby CONTINUES the pretrial conference from August 1, 2013, to **Tuesday, August 27, 2013 at 8:30 a.m. in Courtroom 2**.  Appearances shall be expected.

IT IS SO ORDERED.

Dated:   July 17, 2013                                    _____
                                                          SENIOR  DISTRICT  JUDGE