**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FAIR HOUSING COUNCIL OF CENTRAL CALIFORNIA, INC.; RENE McCANTS, and TAWANA PICKETT,<br><br>Plaintiffs,<br><br>v.<br><br>TYLAR PROPERTY MANAGEMENT COMPANY, INC.; MELVIN JOEL WAPNER and DAVID EVANS,<br><br>Defendants. | Case No. 1:12-CV-00794-AWI-GSA<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS**<br><br>**Motion Hearing Date**<br><br>**Date:** February 10, 2014<br>**Time:** 1:30 p.m.<br>**Dept:** 2 |

The Court has received the Notice of Request to Seal Documents of the law office of Wanger Jones Helsley PC ("WJH").

GOOD CAUSE APPEARING, those documents, attached as Exhibit "A" to the Request to Seal Documents, are ORDERED sealed and shall be filed and maintained under seal pending further order of this Court or the order of any higher Court having jurisdiction over the matter.

IT IS FURTHER ORDERED that the documents contained in Exhibit "A" to the Request to Seal Documents shall be, pending further order of this Court or a Court of higher jurisdiction, subject to a protective order requiring that only counsel for Defendants, the court and court staff, may have possession of and access to the documents during the pendency of the litigation of this case through and including entry of final judgment; that the documents shall not be furnished to Plaintiffs, their attorneys, agents, representatives, investigators, or any

1  other third parties; and that the documents shall be maintained in confidence throughout the
2  pendency of this litigation, pending further order of the court, or a court of higher jurisdiction,
3  and shall be returned to the WJH upon entry of final judgment or other final termination of this
4  litigation.

IT IS SO ORDERED.

Dated:   January 7, 2014                              _____
                                                      SENIOR DISTRICT JUDGE