UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FAIR HOUSING COUNSEL OF CENTRAL CALIFORNIA,**<br><br>　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**TYLAR PROPERTY MANAGMENT, et al.,**<br><br>　　　　　　**Defendants.** | NUMBER: 1:12-cv-0794  AWI GSA<br><br>**ORDER VACATING HEARING RE MOTION TO WITHDRAW AS COUNSEL AND**<br><br>**REFERRING PENDING MOTION TO CONTINUE TO MAGISTRATE JUDGE GARY S. AUSTIN**<br><br>(Docs. 148, 157) |

　　　　Plaintiffs have filed an action pursuant to the federal Fair Housing Act located at Section 3601, et seq., of Title 42 of the United States Code.  Plaintiffs allege Defendants, Tylar Propery Management, Melvin Joel Wapner, and David Evans, violated the Fair Housing Act by engaging in a pattern of discrimination and harassment on the basis of sex in connection with the operation of rental dwellings.

　　　　Until recently all three Defendants were represented by Michael Helsley. On January 9, 2014, Mr. Helsley filed a motion to withdraw as counsel of record for Defendant Evans. *ECF No. 148.*  No opposition was made by any party. On January 16, 2014 this Court authorized the substitution of Brian F. Zimmerman as counsel of record for Defendant Evans in place of Mr. Helsley. *ECF No. 156*. Accordingly, there is no need to hold the presently scheduled hearing of February 10, 2014, regarding the resolved motion. As such, this Court will vacate that hearing

date.

On January 22, 2014, Mr. Zimmerman filed a motion to continue the presently scheduled trial date of April 15, 2014. Mr. Zimmerman has requested a trial date of October 14, 2014. The hearing on this motion is scheduled for February 24, 2014 before this Court. This date will be vacated and the matter referred to Magistrate Judge Gary S. Austin.

Accordingly, it is HEREBY ORDERED that:

1. The February 10, 2014, hearing date regarding the withdrawal of Michael S. Helsley as attorney of record for David Evans is VACATED;

2. The pending motion Motion to Continue is REFERRED to Magistrate Judge Gary S. Austin; and

3. In the event Magistrate Judge Gary S. Austin desires a hearing or further briefing on the pending motion, or any other issue, Magistrate Judge Gary S. Austin's Chambers will inform the parties and set further briefing schedules or hearing dates at Magistrate Judge Gary S. Austin's convenience.

IT IS SO ORDERED.

Dated:   February 3, 2014

SENIOR DISTRICT JUDGE

2