# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF CENTRAL CALIFORNIA, INC.; RENE MCCANTS; TAWANA PICKETT: and SHERYL LINTHICUM SMITH,, | 1:12-cv-0794-AWI-GSA<br><br>ORDER ENTERING CONSENT DECREE AND DISMISSING ACTION |
| Plaintiff, | (Doc. 160) |
| v. | |
| TYLAR PROPERTY MANAGEMENT COMPANY, INC.; et al.,, | |
| Defendants. | |
| _____/ | |

Based on plaintiffs' application and the related proposed consent decree, approved and executed by all parties, IT IS HEREBY ORDERED:

1. The proposed consent decree lodged by plaintiffs is entered by the Court; and,

2. This action is dismissed. The Court shall retain jurisdiction for purposes of enforcement of the terms of the consent decree.

IT IS SO ORDERED.

Dated:   February 13, 2014                    _____
                                                                SENIOR  DISTRICT  JUDGE

1